IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JEFFERY CABE, SEAN FREY, ANITA POTEETE,**     **PLAINTIFFS**
**RONDA ROHDE, ROBERT SNELL,**
**JEFFREY MOORE and ELISA TINNELL,**
Each Individually and on Behalf of
All Others Similarly Situated

vs.        No. 1:24-cv-1316

**EVERGREEN PACKAGING LLC,**     **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## PLAINTIFFS' NOTICE OF RELATED CASE

Pursuant to Local Rule 40.4, Plaintiffs Jeffery Cabe, Sean Frey, Anita Poteete, Ronda Rohde, Robert Snell, Jeffrey Moore and Elisa Tinnell ("Plaintiffs"), by and through their attorneys Josh Sanford and Sean Short of Sanford Law Firm, PLLC, files this Notice of Related Case to advise the Court of related current litigation. Currently, one other related lawsuit is pending in this district with similar claims under the FLSA:

*Woodall v. Evergreen Packaging, LLC*, **Case No. 1:23-cv-459 (N.D. Ill.)**

The *Woodall* case and the case at hand each involve plaintiffs who worked as hourly-paid production workers for Defendants. The plaintiffs in each case had the same or similar job duties and job title, and have the same or similar claims for unpaid wages. Both cases are pled as collective actions. The deadline to add new parties to the *Woodall* case has passed. These cases have not yet been considered for consolidation.

Respectfully submitted,

**JEFFERY CABE, SEAN FREY, ANITA POTEETE, RONDA ROHDE, ROBERT SNELL, JEFFREY MOORE and ELISA TINNELL, Each Individually and on Behalf of Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com