AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.        ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Emily Wirtz*
_____
(By) DEPUTY CLERK

February 16, 2024
_____
DATE

Civil Action No.    1:24-cv-1316

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Evergreen Packaging LLC**
was recieved by me on  **2/17/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **c/o Illinois Corporation Service Company**, who is designated by law to accept service of process on behalf of **Evergreen Packaging LLC** at **801 Adlai Stevenson Dr, Springfield, IL 62703** on **02/19/2024 at 12:52 PM**; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 83.74** for services, for a total of **$ 83.74**.

I declare under penalty of perjury that this information is true.

Date:   02/19/2024

*Server's signature*

**Donald Hopper**
*Printed name and title*

**227 W. Monroe Street
Suite 2117
Chicago, IL 60606**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to c/o Illinois Corporation Service Company with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 18-25 years of age, 5'10"-6'0" tall and weighing 160-180 lbs with a beard and glasses.  Baylon Elfgen authorized to accept documents processor**



Tracking #: **0125059396**

