# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: JEFFREY CABE, et al., Individually and on Behalf of All Others Similarly Situated

Case Number: 1:24-cv-1316

An appearance is hereby filed by the undersigned as attorney for:

Defendants EVERGREEN PACKAGING LLC, and PACTIV EVERGREEN INC.

Attorney name (type or print): Matthew Ruza

Firm: Littler Mendelson, P.C.

Street address: 321 North Clark Street, Suite 1100

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6321424
(See item 3 in instructions)

Telephone Number: 312.372.5520

Email Address: mruza@littler.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/26/2024

Attorney signature: S/ Matthew Ruza

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015