**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Jeffery Cabe, et al., v. Evergreen Packaging LLC, and Pactiv Evergreen Inc.

Case Number: 24-cv-1316

An appearance is hereby filed by the undersigned as attorney for:

Evergreen Packaging LLC, and Pactiv Evergreen, Inc.

Attorney name (type or print): Yara Mroueh

Firm: Littler Mendelson, P.C.

Street address: 321 N. Clark Street, Suite 1100

City/State/Zip: Chicago, IL 60654

Bar ID Number: 6324386
(See item 3 in instructions)

Telephone Number: 312-372-5520

Email Address: ymroueh@littler.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you a
  ☐ Federal Defender
  ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 26, 2024

Attorney signature: S/ Yara Mroueh
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023