IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JEFFERY CABE, SEAN FREY, ANITA POTEETE,** **RONDA ROHDE, ROBERT SNELL,** **JEFFREY MOORE and ELISA TINNELL,** Each Individually and on Behalf of All Others Similarly Situated | **PLAINTIFFS** |
| vs.  No. 1:24-cv-1316 | |
| **EVERGREEN PACKAGING LLC,** **and PACTIV EVERGREEN INC.** | **DEFENDANTS** |

### CONSENT TO JOIN COLLECTIVE ACTION

  I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after February 15, 2021. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Karen Robertson_____
PRINTED NAME

Date: 3/1/2024_____

Josh Sanford, Esq.
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com