# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Jeffery Cabe, et al.

                                           Plaintiff,

v.                                                            Case No.: 1:24–cv–01316
                                                                              Honorable John Robert Blakey

Evergreen Packaging LLC, et al.

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 3, 2024:

      MINUTE entry before the Honorable John Robert Blakey: Defendants shall respond to the amended complaint [16] by 4/21/22; additionally, the parties shall exchange Rule 26(a)(1) disclosures by 5/1/24, issue written discovery by 5/15/24, and amend their pleadings to add claims, parties, etc. by 7/31/24. Plaintiffs shall file a conditional certification motion by 5/1/24, and Defendants shall respond by 7/1/24. The Court will set a firm discovery deadline when it rules on the certification motion. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.