IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JEFFERY CABE, SEAN FREY, ANITA POTEETE,**     **PLAINTIFFS**
**RONDA ROHDE, ROBERT SNELL,**
**JEFFREY MOORE, ELISA TINNELL,**
**MICHAEL KAP, KAREN ROBERTSON,**
**JIM WESTRA, JOHNNY RUIZ, ARCHIE ROBINSON,**
**DECODA KEYS and NORMA MOODY, Each Individually**
**and on Behalf of All Others Similarly Situated**

vs.        No. 1:24-cv-1316

**EVERGREEN PACKAGING LLC,**     **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## TEXT OF EMAILED NOTICE

**Email Notice:**

The following is the proposed text to be included in the Notice email to the collective. The email will be sent to all email addresses provided by Defendants from Josh Sanford's email, josh@sanfordlawfirm.com, with an attachment containing the Notice.

> *Subject:*     Notice of Unpaid Wages Lawsuit Against Evergreen Packaging LLC, and Pactiv Evergreen Inc.
>
> *Body:*
>
> Please see attached Notice regarding a lawsuit for unpaid wages against Evergreen Packaging LLC, and Pactiv Evergreen Inc. The link below will take you to https://www.pandadoc.com/, where you can view an electronic Consent form. If you are using a touchscreen phone, signing the Consent form is a multi-step process: Click the link in this email > Enter your first name, last name, street address, phone number and email address> Click "Review Document" > Read the consent form > Click the "Sign" button above the signature line > Sign your name in the signature box >Click the "Date" button above the date line >Select today's date from the calendar >Click "Finish." You will have the option to download or print the completed document when you are done.

[Link to an electronic copy of the court-approved *Consent to Join*].

**Email Reminder Notice:**

The following is the proposed language to be included in the reminder email message to be sent to the collective 30 days after the mailing of the initial Notice.

> On _____, 2024, you were sent a Notice of Right to Join Lawsuit informing you of a lawsuit in which you may be a member as an Opt-In Plaintiff. You are being sent this second notice because you have not yet joined the lawsuit. If you did not receive the first Notice and would like a copy, please contact Plaintiff's attorney listed below. If you already sent a Consent, it has not been received. All consents are due by _____, 2024.