IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JEFFERY CABE, SEAN FREY, ANITA POTEETE,**     **PLAINTIFFS**
**RONDA ROHDE, ROBERT SNELL,**
**JEFFREY MOORE, ELISA TINNELL,**
**MICHAEL KAP, KAREN ROBERTSON,**
**JIM WESTRA, JOHNNY RUIZ, ARCHIE ROBINSON,**
**DECODA KEYS and NORMA MOODY, Each Individually**
**and on Behalf of All Others Similarly Situated**

vs.            No. 1:24-cv-1316

**EVERGREEN PACKAGING LLC,**     **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

### SECOND NOTICE OF RIGHT TO JOIN LAWSUIT

On _____ __, 2024, you were sent a **Notice of Right to Join Lawsuit** informing you of a lawsuit in which you may be a member as an Opt-In Plaintiff. You are being sent this second notice because you have not yet joined the lawsuit. If you did not receive the first Notice and would like a copy, please contact Plaintiffs' attorney listed below. <u>If you already sent a Consent, it has not been received.</u> The consent must be received by _____ __, 2024.

**Mr. Josh Sanford**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (800) 615-4946**
**Fax: (888) 787-2040**
**Email: josh@sanfordlawfirm.com**