IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JEFFERY CABE, SEAN FREY, ANITA POTEETE,**                 **PLAINTIFFS**
**RONDA ROHDE, ROBERT SNELL,**
**JEFFREY MOORE, ELISA TINNELL,**
**MICHAEL KAP, KAREN ROBERTSON,**
**JIM WESTRA, JOHNNY RUIZ, ARCHIE ROBINSON,**
**DECODA KEYS and NORMA MOODY, Each Individually**
**and on Behalf of All Others Similarly Situated**

vs.                        No. 1:24-cv-1316

**EVERGREEN PACKAGING LLC,**                        **DEFENDANTS**
**and PACTIV EVERGREEN INC.**

## NOTICE OF PLAINTIFFS' OPPOSED MOTION FOR COURT AUTHORIZED NOTICE PURSUANT TO SECTION 216(b) OF THE FLSA

To: The Court and Counsel of Record

PLEASE TAKE NOTICE that on May 8, 2024, or as soon thereafter as counsel may be heard, counsel for Plaintiffs shall appear before the Honorable Judge John Robert Blakey, or any judge sitting in his stead, in Courtroom 1203 of the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present Plaintiffs' Motion for Court Authorized Notice Pursuant to Section 216(B) of the FLSA, a copy of which has been filed and served via ECF, No. 19.

Page 1 of 3
Jeffery Cabe, et al. v. Evergreen Packaging LLC, et al.
U.S.D.C. (N.D. Ill.) No. 1:24-cv-1316
Notice of Plaintiffs' Opposed Motion for Court Authorized Notice Pursuant to § 216(b) of the FLSA

Respectfully submitted,

**JEFFERY CABE, SEAN FREY, ANITA POTEETE, RONDA ROHDE, ROBERT SNELL, JEFFREY MOORE, ELISA TINNELL, MICHAEL KAP, KAREN ROBERTSON, JIM WESTRA, JOHNNY RUIZ, ARCHIE ROBINSON, DECODA KEYS and NORMA MOODY, Each Individually and on Behalf of Others Similarly Situated, PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

<u>/s/ Josh Sanford</u>
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

**Page 2 of 3
Jeffery Cabe, et al. v. Evergreen Packaging LLC, et al.
U.S.D.C. (N.D. Ill.) No. 1:24-cv-1316
Notice of Plaintiffs' Opposed Motion for Court Authorized Notice Pursuant to § 216(b) of the FLSA**

## CERTIFICATE OF SERVICE

      I, Josh Sanford, hereby certify that on the date imprinted by the CM/ECF system, a true and correct copy of the foregoing NOTICE was electronically filed via the CM/ECF system, which will provide notice to the following attorneys of record:

John A. Ybarra, Esq.
Matthew J. Ruza, Esq.
Yara Mroueh, Esq.
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
Telephone: 312.372.5520
Facsimile: 312.372.7880
jybarra@littler.com
mruza@littler.com
ymroueh@littler.com

                                                                         /s/ Josh Sanford
                                                                        **Josh Sanford**

Page 3 of 3
**Jeffery Cabe, et al. v. Evergreen Packaging LLC, et al.**
**U.S.D.C. (N.D. Ill.) No. 1:24-cv-1316**
**Notice of Plaintiffs' Opposed Motion for Court Authorized Notice Pursuant to § 216(b) of the FLSA**