IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY CABE, SEAN FREY, ANITA POTEETE, RONDA ROHDE, ROBERT SNELL, JEFFREY MOORE and ELISA TINNELL, MICHAEL KAP, KAREN ROBERTSON, JIM WESTRA, JOHNNY RUIZ, ARCHIE ROBINSON, DECODA KEYS and NORMA MOODY, Each Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>EVERGREEN PACKAGING LLC and PACTIV EVERGREEN INC.,<br><br>        Defendants. | Case No. 1:24-CV-01316<br><br>Hon. John Robert Blakey<br><br>Hon. Jeffrey T. Gilbert |

**DEFENDANTS' MOTION FOR LEAVE TO FILE ITS
OPPOSITION TO CONDITIONAL CERTIFICATION IN EXCESS OF 15 PAGES**

Defendants, Evergreen Packaging LLC and Pactiv Evergreen Inc. ("Defendants"), by and through its attorneys, Littler Mendelson, P.C., hereby moves this Court for leave to file its Opposition to Plaintiffs' Motion for Conditional Certification in excess of 15 pages. In support of its request, Defendants state as follows:

1. Defendants' Opposition is currently due to be filed on July 1, 2024. [Dkt. 22].

2. This Court's Standing Order on Motion Practice and Memoranda of Law sets a 15-page limit on briefs.

3. This action includes fourteen Plaintiffs, who have filed a Complaint alleging violations of the Fair Labor Standards Act and have moved to conditionally certify a nationwide collective of tens of thousands of employees.

4. Given the number of Plaintiffs, putative collective members, number of facilities to be addressed by Defendants in their Opposition, and the substantive arguments Defendants intend to make in opposition to Plaintiffs' Motion for Conditional Certification, Defendants require additional pages beyond the Court's standing 15-page limit to fully set forth its defenses to these claims.

5. Accordingly, Defendants respectfully seeks the Court's approval to file a Memorandum that is 23 pages in length.

6. Defendants submits this request in good faith and not for purposes of unnecessary or extraneous discussion of the relevant issues.

7. As required by Local Rule 7.1, the 23-page Memorandum will be filed with a table of contents and table of authorities.

8. Defense counsel conferred with Plaintiffs' counsel, who stated that Plaintiffs do not object to Defendants' request to file an Opposition that exceeds the 15-page limit.

For the reasons stated above, Defendants respectfully requests this Court grant its Motion for Leave to File its Opposition to Plaintiffs' Motion for Conditional Certification in Excess of 15 pages.

*[signature page to follow]*

| | |
|---|---|
| Dated:  June 28, 2024 | Respectfully submitted,<br><br>EVERGREEN PACKAGING LLC and<br>PACTIV EVERGREEN INC.<br><br>/s/ John A. Ybarra_____<br><br>One of Their Attorneys |

John A. Ybarra, Bar No. 06196983
jybarra@littler.com
Matthew J. Ruza, Bar No. 6321424
mruza@littler.com
Yara Mroueh, Bar No. 6324386
ymroueh@littler.com
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, IL  60654
Telephone:     312.372.5520
Facsimile:      312.372.7880

3

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on June 28, 2024, he caused a copy of **Defendants' Motion For Leave To File Its Opposition to Plaintiffs' Motion for Conditional Certification in Excess of 15 Pages** to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following counsel of record for Plaintiffs:

Josh Sanford, Esq.
Sean Short, Esq.
SANFORD LAW FIRM, PLLC
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211
josh@sanfordlawfirm.com
sean@sanfordlawfirm.com

*/s/ John A. Ybarra*
John A. Ybarra