# Exhibit G

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY CABE, SEAN FREY, ANITA POTEETE, RONDA ROHDE, ROBERT SNELL, JEFFREY MOORE and ELISA TINNELL, MICHAEL KAP, KAREN ROBERTSON, JIM WESTRA, JOHNNY RUIZ, ARCHIE ROBINSON, DECODA KEYS and NORMA MOODY, Each Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EVERGREEN PACKAGING LLC and PACTIV EVERGREEN INC.,<br><br>Defendants. | Case No. 1:24-CV-01316<br><br>Hon. John Robert Blakey<br><br>Hon. Jeffrey T. Gilbert |

## DECLARATION OF LINDA LEVINGSTON-MADRIGAL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION

I, Linda Levingston-Madrigal, hereby declare as follows:

1. I am over 18 years of age and competent to testify as to the matters in this Declaration. I have personal knowledge of the facts set forth in this declaration, or I have knowledge of such facts based on my review of the business records and files of Evergreen Packaging LLC (the "Company"). If called as a witness, I could and would testify competently to such facts contained herein.

2. I am the Human Resources Manager at Evergreen Packaging LLC's Turlock, California location and have been in this role for approximately four years. As the Human Resources Manager, I am responsible for employee relations, including investigations, attendance,

1

discipline, leaves of absences, onboarding and recruitment, and I am also responsible for union contract enforcement.

3. The Turlock facility typically operates 24 hours a day, 5-days a week; however, due to demand for our product, we extended our schedule to 24 hours, 6-days a week starting in August 2023. Our workweek runs from Sunday at 10:50 pm to Monday at 7:00 am. We operate three shifts – graveyard shift, which is Sunday at 10:50 pm to Monday at 7:00 am; day shift, which is 6:50 am to 3:00 pm; and swing shift, which is 2:50 pm to 11:00 pm. The schedules account for a 10-minute overlap for shift change. The overwhelming majority of our workforce operates within one of these three shifts; however, we have a handful of outliers that vary from the standard shifts.

4. There are 6 main departments, excluding Human Resources – Sealing, Converting, Shipping, Quality, Maintenance and Safety. The facility manufactures a variety of beverage containers for a multitude of customers. The Maintenance, Converting, Sealing, Safety and Shipping departments employ hourly employees, while the Quality, Human Resources and Safety departments employ salaried exempt employees. We have about 125 hourly and 18 salaried employees in this facility.

5. Hourly employees are expected to be clocked in and ready to work 10 minutes before the start of their shift. There is no grace period for the start of an employee's shift. Employees are considered late if they clock in one minute past the 10-minute mark. During these 10 minutes, employees engage in a pre-shift meeting with their shift supervisor. They are, of course, paid for all of this time. Employees have no opportunity to perform any work before the start of their shift because they are not able to get to the production floor without first engaging in the pre-shift meeting with the supervisor. Any time spent prior to the start of the shift is spent having coffee and socializing with co-workers.

6. At the end of the shift, employees are expected to timely clock out and head home. Employees are paid to the punch based on the time they clock out. If an employee clocks out after their scheduled shift ends, they are paid to the punch for that time.

7. Employees are expected to don PPE which includes safety boots, hair and/or beard nets, safety glasses and hearing protection. This only take a few minutes to don. Once employees don this PPE, they can head to the pre-shift meeting. When employees leave, they take off their hair net and ear plugs, again in a matter of seconds, and go home.

8. Turlock is a union facility. The Collective Bargaining Agreement includes general timekeeping policies that all union employees must abide by. In addition, the facility maintains its own general timekeeping practices specific to our employees, as set forth above.

9. Employees are not required to work, and to my knowledge, do not perform any work, between the time they punch in, and the time of their scheduled shift start.

10. I am unaware of any employees performing work off-the-clock, and no employee has complained to me about working off-the-clock at any point during my tenure with the Company. If there is ever any issue with a missed punch or time adjustment, an employee can simply request a time adjustment with Human Resources or the Supervisor, who will then make the time adjustment.

I hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge and that I would so testify if called upon to do so in this matter.

Executed this 28 day of June 2024 in Turlock, California.

Linda Levingston-Madrigal

3