IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JEFFERY CABE, SEAN FREY, ANITA POTEETE,**     **PLAINTIFFS**
**RONDA ROHDE, ROBERT SNELL,**
**JEFFREY MOORE and ELISA TINNELL,**
Each Individually and on Behalf of
All Others Similarly Situated

vs.                  No. 1:24-cv-1316

**EVERGREEN PACKAGING LLC,**     **DEFENDANTS**
and **PACTIV EVERGREEN INC.**

## CONSENT TO JOIN COLLECTIVE ACTION

       I was employed as hourly-paid production worker for Evergreen Packaging LLC, and Pactiv Evergreen Inc., on or after February 15, 2021. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_[signature]_

_____
SIGNATURE

<u>Filmore Pugh</u>
PRINTED NAME

Date: <u>11/06/2024</u>

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**