IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JEFFREY CABE, SEAN FREY, ANITA
POTEETE, RONDA ROHDE, ROBERT
SNELL, JEFFREY MOORE and ELISA
TINNELL, Each Individually and on behalf
of All Other Similarly Situated,

          Plaintiffs,

    v.

EVERGREEN PACKAGING LLC and
PACTIVE EVERGREEN INC.,

          Defendants.

Case No. 1:24-cv-01316

Honorable John Robert Blakey

Honorable Magistrate Jeffrey T. Gilbert

## JOINT STATUS REPORT

Plaintiffs, by and through their undersigned attorneys, and Defendants, Evergreen Packaging, LLC and Pactiv Evergreen, Inc. ("Defendants"), by and through their attorneys, hereby submit the following Joint Status Report, pursuant to the Court's March 31, 2026, Order (Dkt. No. 32):

At this time, the parties jointly request a 90-day extension of the deadline to propose a discovery schedule and dispositive motion briefing schedule. The parties are currently engaged in individual settlement discussions for each of the Named Plaintiffs in this action, and they believe a temporary extension will promote judicial economy and may obviate the need for further discovery and motion practice.

Accordingly, the parties respectfully request that the Court extend the deadline to submit a proposed discovery and dispositive motion schedule by ninety (90) days. The parties will promptly notify the Court if settlement discussions are unsuccessful or if further case management assistance is required.

2

Respectfully Submitted this 24th day of April. 2026.

| **Plaintiffs' Counsel** | **Defendants' Counsel** |
|---|---|
| By: */s/ Josh Sanford* | By: */s/ Matthew J. Ruza* |
| Josh Sanford, Esq. (Ark. Bar No. 2001037) | John A. Ybarra, Esq. (Ill. Bar No. 06196983) |
| Sean Short, Esq. (Ark. Bar No. 2015079) | Matthew J. Ruza, Esq. (Ill. Bar No. 6321424) |
| SANFORD LAW FIRM, PLLC | Yara Mroueh, Esq. (Ill. Bar No. 6324386) |
| Kirkpatrick Plaza | LITTLER MENDELSON, P.C. |
| 10800 Financial Centre Pkwy, Suite 510 | 321 North Clark Street, Suite 1100 |
| Little Rock, Arkansas 72211 | Chicago, Illinois 60654 |
| Telephone: (501) 221-0088 | Telephone: (312) 372-5520 |
| Facsimile: (888) 787-2040 | Facsimile: (312) 372-7880 |
| Email: josh@sanfordlawfirm.com | Email: jybarra@littler.com |
| Email: sean@sanfordlawfirm.com | Email: mruza@littler.com |
| | Email: ymroueh@littler.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

## <u>CERTIFICATE OF SERVICE</u>

I, Matthew Ruza, an attorney, hereby certify that, on April 24, 2026, I caused a copy of ***Joint***

***Status Report*** to be filed with the Clerk of the Court, using the CM/ECF system, and served upon the

following counsel of record:

Josh Sanford, Esq.
Sean Short, Esq.
SANFORD LAW FIRM, PLLC
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211
josh@sanfordlawfirm.com
sean@sanfordlawfirm.com

*/s/ Matthew J. Ruza*
Matthew J. Ruza