**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **JEFFREY CABE, SEAN FREY, ANITA POTEETE, RONDA ROHDE, ROBERT SNELL, JEFFREY MOORE and ELISA TINNELL, Each Individually and on behalf of All Other Similarly Situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**EVERGREEN PACKAGING LLC and PACTIVE EVERGREEN INC.,**<br><br>Defendants. | Case No. 1:24-cv-01316<br><br>Honorable John Robert Blakey<br><br>Honorable Magistrate Jeffrey T. Gilbert |

## JOINT STATUS REPORT

Plaintiffs, by and through their undersigned attorneys, and Defendants, Evergreen Packaging, LLC and Pactiv Evergreen, Inc. ("Defendants"), by and through their attorneys, hereby submit the following Joint Status Report, pursuant to the Court's April 27, 2026, Order (Dkt. No. 34):

Since the filing of the Parties' last Joint Status Report (Dkt. 33), Plaintiffs have tendered settlement demands and the Parties are engaged in active, good faith discussions regarding resolution of this action. The Parties respectfully request an additional 45-day stay of all deadlines to continue those settlement negotiations. The Parties will promptly notify the Court if they are able to resolve the matter, if settlement discussions become unsuccessful, or if further case management assistance is required.

Respectfully Submitted this 24th day of July, 2026.

| **Plaintiffs' Counsel** | **Defendants' Counsel** |
|---|---|
| By: */s/ Josh Sanford* | By: */s/ Matthew J. Ruza* |
| Josh Sanford, Esq. (Ark. Bar No. 2001037) | Matthew J. Ruza, Esq. (Ill. Bar No. 6321424) |
| Sean Short, Esq. (Ark. Bar No. 2015079) | Yara Mroueh, Esq. (Ill. Bar No. 6324386) |
| SANFORD LAW FIRM, PLLC | LITTLER MENDELSON, P.C. |
| Kirkpatrick Plaza | 321 North Clark Street, Suite 1100 |
| 10800 Financial Centre Pkwy, Suite 510 | Chicago, Illinois 60654 |
| Little Rock, Arkansas 72211 | Telephone: (312) 372-5520 |
| Telephone: (501) 221-0088 | Facsimile: (312) 372-7880 |
| Facsimile: (888) 787-2040 | Email: mruza@littler.com |
| Email: josh@sanfordlawfirm.com | Email: ymroueh@littler.com |
| Email: sean@sanfordlawfirm.com | |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

I, Matthew Ruza, an attorney, hereby certify that, on July 24, 2026, I caused a copy of ***Joint Status Report*** to be filed with the Clerk of the Court, using the CM/ECF system, and served upon the following counsel of record:

Josh Sanford, Esq.
Sean Short, Esq.
SANFORD LAW FIRM, PLLC
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211
josh@sanfordlawfirm.com
sean@sanfordlawfirm.com

*/s/ Matthew J. Ruza*
Matthew J. Ruza

2