## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Jeffery Cabe, et al.

                            Plaintiff,

v.                                              Case No.: 1:24–cv–01316
                                                Honorable John Robert Blakey

Evergreen Packaging LLC, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 28, 2026:

     MINUTE entry before the Honorable John Robert Blakey: Based upon the representations in the parties' 7/24/26 status report [35], and to facilitate the parties' settlement efforts, the Court hereby stays all case management dates until further order. The parties shall file an updated status report by 9/18/26, indicating definitively whether this case will settle or return to a litigation posture; if the latter, the parties shall propose reasonable case management dates. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.