**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **JEFFREY CABE, SEAN FREY, ANITA POTEETE, RONDA ROHDE, ROBERT SNELL, JEFFREY MOORE and ELISA TINNELL, Each Individually and on behalf of All Other Similarly Situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**EVERGREEN PACKAGING LLC and PACTIVE EVERGREEN INC.,**<br><br>Defendants. | Case No. 1:24-cv-01316<br><br>Honorable John Robert Blakey<br><br>Honorable Magistrate Jeffrey T. Gilbert |

## JOINT STATUS REPORT AND NOTICE OF SETTLEMENT

The Parties, through counsel, submit this Joint Status Report and Notice of Settlement pursuant to the Court's minute entry requiring a definitive settlement or litigation report by September 18, 2026.

The Parties have reached an agreement in principle to resolve all claims in this action. They are finalizing the settlement agreement and expect to file a joint motion for approval of the settlement within forty-five (45) days after filing this Notice. If the motion for approval has not been filed by that time, the Parties will submit a joint status report and request any additional time needed.

The Parties respectfully request that the existing stay of all case management dates remain in effect pending finalization of the settlement and filing of the motion for approval.

Respectfully Submitted this 18th day of September, 2026.

**Plaintiffs' Counsel**

By: */s/ Sean Short*
Josh Sanford, Esq. (Ark. Bar No. 2001037)
Sean Short, Esq. (Ark. Bar No. 2015079)
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
Email: josh@sanfordlawfirm.com
Email: sean@sanfordlawfirm.com

*Counsel for Plaintiffs*

**Defendants' Counsel**

By: */s/ Matthew J. Ruza*
John A. Ybarra, Esq. (Ill. Bar No. 06196983)
Matthew J. Ruza, Esq. (Ill. Bar No. 6321424)
Yara Mroueh, Esq. (Ill. Bar No. 6324386)
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, Illinois 60654
Telephone: (312) 372-5520
Facsimile: (312) 372-7880
Email: jybarra@littler.com
Email: mruza@littler.com
Email: ymroueh@littler.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Matthew J. Ruza, an attorney, hereby certify that, on September 18, 2026, I caused a copy of ***Joint Status Report and Notice of Settlement*** to be filed with the Clerk of the Court, using the CM/ECF system, and served upon the following counsel of record:

Josh Sanford, Esq. (Ark. Bar No. 2001037)
Sean Short, Esq. (Ark. Bar No. 2015079)
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
Email: josh@sanfordlawfirm.com
Email: sean@sanfordlawfirm.com

*/s/ Matthew J. Ruza*
Matthew J. Ruza