**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Jeffery Cabe, et al.

Plaintiff,

v.

Case No.: 1:24−cv−01316
Honorable John Robert Blakey

Evergreen Packaging LLC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 22, 2026:

MINUTE entry before the Honorable John Robert Blakey: Based upon the parties' representations concerning settlement, see [37], the Court strikes all set dates and deadlines and instead orders the parties to file either an approval motion or an updated status report by 10/5/26. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.