**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**JEFFREY CABE, SEAN FREY, ANITA POTEETE, RONDA ROHDE, ROBERT SNELL, JEFFREY MOORE and ELISA TINNELL, Each Individually and on behalf of All Other Similarly Situated,**

Plaintiffs,

v.

**EVERGREEN PACKAGING LLC and PACTIVE EVERGREEN INC.,**

Defendants.

Case No. 1:24-cv-01316

Honorable John Robert Blakey

Honorable Magistrate Jeffrey T. Gilbert

**JOINT STATUS REPORT**

Plaintiffs, by and through their undersigned attorneys, and Defendants, Evergreen Packaging, LLC and Pactiv Evergreen, Inc. ("Defendants"), by and through their attorneys, hereby submit the following Joint Status Report, pursuant to the Court's September 22, 2026, Order (Dkt. No. 38):

Since the filing of the Parties' last Joint Status Report (Dkt. 37), Defendants have continued working on a draft of the long-form settlement agreement and Joint Motion for Approval. Defendants anticipate tendering drafts to Plaintiff's counsel within 14 days.

The Parties request additional time to file the Joint Motion and respectfully request that the Court set a 30-day deadline to either file the Joint Motion or another joint status report reporting on the progress.

Respectfully Submitted this 5th day of October, 2026.

**Plaintiffs' Counsel**

By: */s/ Josh Sanford*
Josh Sanford, Esq. (Ark. Bar No. 2001037)
Sean Short, Esq. (Ark. Bar No. 2015079)
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
Email: josh@sanfordlawfirm.com
Email: sean@sanfordlawfirm.com

*Counsel for Plaintiffs*

**Defendants' Counsel**

By: */s/ Matthew J. Ruza*
Matthew J. Ruza, Esq. (Ill. Bar No. 6321424)
Yara Mroueh, Esq. (Ill. Bar No. 6324386)
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, Illinois 60654
Telephone: (312) 372-5520
Facsimile: (312) 372-7880
Email: mruza@littler.com
Email: ymroueh@littler.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Matthew Ruza, an attorney, hereby certify that, on October 5, 2026, I caused a copy of ***Joint Status Report*** to be filed with the Clerk of the Court, using the CM/ECF system, and served upon the following counsel of record:

Josh Sanford, Esq.
Sean Short, Esq.
SANFORD LAW FIRM, PLLC
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211
josh@sanfordlawfirm.com
sean@sanfordlawfirm.com

*/s/ Matthew J. Ruza*
Matthew J. Ruza