**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **JEFFREY CABE, SEAN FREY, ANITA POTEETE, RONDA ROHDE, ROBERT SNELL, JEFFREY MOORE and ELISA TINNELL, Each Individually and on behalf of All Other Similarly Situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**EVERGREEN PACKAGING LLC and PACTIVE EVERGREEN INC.,**<br><br>Defendants. | Case No. 1:24-cv-01316<br><br>Honorable John Robert Blakey<br><br>Honorable Magistrate Jeffrey T. Gilbert |

**<u>JOINT STATUS REPORT</u>**

Plaintiffs, by and through their undersigned attorneys, and Defendants, Evergreen Packaging, LLC and Pactiv Evergreen, Inc. ("Defendants"), by and through their attorneys, hereby submit the following Joint Status Report, pursuant to the Court's October 14, 2026, Minute Entry (Dkt. No. 40):

Since filing their last Joint Status Report on October 5, 2026, the Parties have exchanged drafts of the long-form settlement agreement and Joint Motion for Approval of Settlement. Both documents are substantially complete, and the Parties are preparing to circulate the agreement for signature.

Given the number of signatures required to fully execute the agreement and the intervening Thanksgiving holiday, the Parties respectfully request a three-week extension of the November 13, 2026, deadline, to and including December 4, 2026, to complete the signature process and file the Joint Motion for Approval of Settlement.

Respectfully Submitted this 13th day of November, 2026.

**Plaintiffs' Counsel**

By: */s/ Sean Short*
Josh Sanford, Esq. (Ark. Bar No. 2001037)
Sean Short, Esq. (Ark. Bar No. 2015079)
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
Email: josh@sanfordlawfirm.com
Email: sean@sanfordlawfirm.com

*Counsel for Plaintiffs*

**Defendants' Counsel**

By: */s/ Matthew J. Ruza*
Matthew J. Ruza, Esq. (Ill. Bar No. 6321424)
Yara Mroueh, Esq. (Ill. Bar No. 6324386)
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, Illinois 60654
Telephone: (312) 372-5520
Facsimile: (312) 372-7880
Email: mruza@littler.com
Email: ymroueh@littler.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I, Josh Sanford, an attorney, hereby certify that, on November 13, 2026, I caused a copy of ***Joint Status Report*** to be filed with the Clerk of the Court, using the CM/ECF system, and served upon the following counsel of record:

Matthew J. Ruza, Esq.
Yara Mroueh, Esq.
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1100
Chicago, Illinois 60654
mruza@littler.com
ymroueh@littler.com

*/s/ Sean Short*
Sean Short